

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2015

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, et al.,
Appellant

v.

Raymond **DE LEON**, et al.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File Post Submission Brief is GRANTED.

It is so ORDERED on this 30th day of June, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court